FILED
October 7, 2019 11:56 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
jlb  Scanned by JB / 10/7/19

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

MARCUS IRVINE,

PLAINTIFF

V.

Trustees of a Trust Party
Arthur Clark, Jay Blair, John Frost
and Bangor Police office Matta
PLAINTIFF,

Hon. Judge Janet T. Neff
Judge Magistrate Ellen Camondry

Case No.
1:19-cv-00359

Notice of Proposed Settlement.

I hereby give Notice to the United States District Court for the Western District of Michigan, Southern Division for the Purpose of Proposed Settlement in rem.

At behest of the Defendant Trustees of at Trusted party. I have been subject to the jurisdiction of a willfully ignorant court that has serviced me with the process of corruptly paying money for compensation from a law established on a fee. MCL 750.214

On Aug 13th 2019. I was issued a warrant for the payment of that said money in a malicious threat to extort money MCL 750.213 in the amount of $370.00 or stay in jail as forfeiture. As of Oct 10th, 2019 the money was paid and receipt was given.

As a result of the action of the defendant trustees of the trusted party; violated due process in their official capacity by carrying over special appearance dates for 3

different times conspiring a Deprivation of Right. Forcing me to take the charge or pay a bond to fight the case before leaving the court; without being heard or allowed to dismiss the case under federally protected rights, as the trustees of the trusted Party.

Their actions lead me to file suit against the Trustee of the Trusted Party of the 7th District Court for Conspiring to Deprive my Right under UCC 1-107 and UCC 1-108 Deprivation of rights and Conspiring to Deprive Rights. Informing the courts of my "right to travel" Shapiro vs Thompson 394 se 618 and My Right to Drive Caneisha Mills Vs DC 2009.

MCL 750.214 Carries the punishment of a misdemeanor to be followed up within 1 year.
MCL 750.213 Malicious Threats to extort money carries the punishment of 20 years.

In the United States of America a Police State and Debt Courts are FORBIDDEN.

Michigan Legislators have recently convened on the decision of making Public Officials liable for violating the Public Trust.

The trustees of the Trusted party have violated the public trust and their dealings need to be addressed with the full veracity of the courts Judicial Tenure and the Attorney Grievance commission. Their conduct is unbecoming of an officer of the public.

However, in lieu of filing a criminal summons for charges relating to MCL 750.214 and MCL 750.213.

Plaintiff Marcus Irvine Proposes Settlement of $26,000,000.000 USD to settle this case or proceed with the criminal cause of action in rem. Settlement renders compensatory and restitution relief of Mr. Irvine's emotional distress and remedy for the Deprivation of Rights arising from their unlawful actions.

Date_____10/7/19_____

Signature_____[signature]_____