UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

MARCUS IRVINE,

       Plaintiff,

v

ARTHUR CLARKE, JAY BLAIR
and JOHN FROST,

       Defendants.

Case No.  1:19-cv-00359

Hon.   Janet T. Neff
Mag. Judge Ellen S. Carmody

**RESPONSE TO PLAINTIFF'S
NOTICE OF PROPOSED SETTLEMENT
[ECF NO. 31]**

Defendants, the HONORABLE ARTHUR CLARKE III, JAY BLAIR and JOHN FROST (collectively, the "Defendants") by and through their counsel, PLUNKETT COONEY, hereby respond to Plaintiff's Notice of Proposed Settlement ("Notice") as follows:

Defendants deny the allegations set forth in the Notice. Additionally, the filing is not consistent with the Federal Court Rules.  For that reason, Defendants request it be stricken.

Dated:  October 21, 2019

Respectfully submitted,

PLUNKETT COONEY

By:  */s/Lisa A. Hall*
      Lisa A. Hall (P70200)
      Attorney for Defendants
      333 Bridge Street, Ste. 530
      Grand Rapids, Michigan 49504
      **Direct Dial:  616/752-4615**
      **lhall@plunkettcooney.com**